UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States ___ v.

Roglieri

**DOCKET NUMBER:** 26-960

**COUNSEL'S NAME:** James P. Egan, Esq.

**COUNSEL'S ADDRESS:** 4 Clinton Square, 3rd Floor

Syracuse, New York 13202

**COUNSEL'S PHONE:** (315) 701-0080

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.  Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✓]  Pre-trial proceedings: Change of Plea 11/13/2025
(Description & Dates)

[ ]  Trial: ___
(Description & Dates)

[✓]  Sentencing: Sentencing 4/3/2026
(Description & Dates)

[ ]  Post-trial proceedings: ___
(Description & Dates)

I, James P. Egan ___, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

s/ *James P. Egan, Esq.* _____ 4/15/2026 _____
Counsel's Signature                               Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: ___             Estimated Number of Pages: ___

Estimated completion date: ___

_____                    _____
Court Reporter's Signature                              Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.